# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOON BANG,<br><br>       Plaintiff,<br>  v.<br><br>PIONEER CREDIT RECOVERY, INC.; and DOES 1 - 10, Inclusive,<br><br>       Defendants. | Case No.: CV 18-10579-CJC(Ex)<br><br>**JUDGMENT** |

    This action came before the Court on Defendant's Motion for Summary Judgment. As set out in the Court's concurrently-issued order, judgment is entered in favor of Defendant on Plaintiff's claims.

    DATED:    April 1, 2020

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE